UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL ANGELO DRAKE, | ) | 3:08-CV-0367-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | February 25, 2009 |
| | ) | |
| JAMES BACA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

　　Plaintiff has filed a Motion for Daily Interest on Unpaid Settlement Judgment or in the Alternative Issuance of a Writ for Execution of Judgment (Doc. #51).  Defendants have opposed the Motion (Doc. #50).

　　Plaintiff's Motion for Daily Interest on Unpaid Settlement Judgment or in the Alternative Issuance of a Writ for Execution of Judgment (Doc. #51) is DENIED.

　　IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:       /s/
　　　　Deputy Clerk